UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff ) <br> ) <br> vs. ) <br> ) <br> Oscar Lopez, et al. ) <br> ) <br> Defendant(s) ) <br> ) | CRIMINAL NO. 08MJ595 (NLS) <br><br> ORDER <br><br> RELEASING MATERIAL WITNESS <br><br> Booking No. |

On order of the United States District/Magistrate Judge, __Stormes__.

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (**(Bond Posted)** / Case Disposed / Order of Court).

Oralia Zarco-Avalos

DATED: 3-10-08

RECEIVED _____
               DUSM

Nita L. Stormes
UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

W. SAMUEL HAMRICK, JR.  Clerk

by _____
         Deputy Clerk