UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>Plaintiff  )<br>  )<br>vs.  )<br>  )<br>Oscar Lopez, et al.  )<br>  )<br>Defendant(s)  )<br>  ) | CRIMINAL NO. 08CR735-LAB<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. 07369298 |

On order of the United States District/Magistrate Judge,   **NITA L. STORMES**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody:   (Bond Posted / Case Disposed / (Order of Court))

Oralia Zarco-Avalos

DATED: 3-13-08

RECEIVED _____
                    DUSM

NITA L. STORMES
_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

W. SAMUEL HAMRICK, JR.   Clerk

by _____
       Deputy Clerk